**Order filed December 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00771-CV

_____

## IN RE EXPUNCTION

On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-264951

## O R D E R

Appellant's brief was due December 2, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 3, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.